UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

## 02-61529
## CIV-MARRA

VANGUARDIA SEGURIDAD
INTEGRAL EMPRESARIA Y PRIVADA, S.A.,

       Petitioner,

v.

SOUTHERN CROSS
AVIATION, INC.,

       Respondent.

_____/

**MAGISTRATE JUDGE
SELTZER**



### PETITION TO APPOINT COMMISSIONER TO GATHER EVIDENCE
### FOR USE IN FOREIGN ACTION AND SUPPORTING MEMORANDUM OF LAW

Pursuant to 28 U.S.C.A. §§1781 & 1782 (2000), Petitioner, Vanguardia Seguridad
Integral Empresaria y Privada, S.A. ("VANGUARDIA") files this petition for leave to obtain
copies of documents relating to various journeys made on a certain aircraft, and conduct an
inspection of an aircraft pursuant to Fed. R. Civ. P. 34(a), for use in a foreign action and for an
order to appoint a commissioner to conduct the inspection proceedings.

On May 21, 2002, an action entitled "Vanguardia Seguridad Integral Empresaria y
Privada S.A. s/ Concurso Preventivo de Acreedores, (the "Argentinean Action") was commenced
in the Court of First Instance for Commercial Matters, Division Number Eight Secretariat

Number Sixteen of the City of Buenos Aires of the Republic of Argentina, and is now pending in the said court.

The Argentinean Action was filed to afford protection to VANGUARDIA's creditors before Petitioner VANGUARDIA could start bankruptcy proceedings.  As the insolvent, Petitioner VANGUARDIA has an interest in the pending Argentinean Action, in that VANGUARDIA's interests will be affected by the outcome of the proceedings in the Argentinean Action.

Among the assets subject to the Argentinean Action, there is a Cessna Citation II Aircraft, with license LV-ZPD (the "Aircraft"), to which VANGUARDIA holds legal title to. Petitioner VANGUARDIA delivered the Aircraft to Respondent, Southern Cross Aviation, Inc., ("SOUTHERN CROSS") at 1575 West Commercial Boulevard, Hangar 35B, Fort Lauderdale, Florida, 33309, within this Court's judicial district, for Respondent SOUTHERN CROSS to hold pending receipt of instructions by Petitioner VANGUARDIA.  A copy of the receipt document of the Aircraft by SOUTHERN CROSS is attached hereto as "Exhibit A."

Determination of whether there is unauthorized use of the Aircraft without VANGUARDIA's consent while the Argentinean Action is pending is at  the center of the parties' dispute in the Argentinean Action.

Petitioner VANGUARDIA needs to notify the Federal Aviation Administration ("FAA") and other competent authorities of the fact that the Aircraft cannot be moved, and requires the FAA to verify, through copies of journey log books and copies of other relevant documents, certain specified unauthorized journeys made with the Aircraft.  The Petitioner also needs to verify the general condition of the Aircraft and the premises where it is kept, make an inventory

with the proper technicians if necessary), and gather authentic copies of the certificates of aerial condition.

Consequently, Petitioner moved the court in the Argentinean Action to issue a Letter Rogatory to the Competent Authority with jurisdiction over the Respondent in the United States which was issued and dated October 3, 2002.  A copy of the Letter Rogatory, with a sealed official translation thereof, is attached hereto as composite "Exhibit B."

## MEMORANDUM OF LAW

Pursuant to 28 USCA §§1781 & 1782 and the Letter Rogatory issued in the Argentinean Action, the Petitioner seeks an order of this court granting leave to obtain documents for use in a foreign action and appointing a commissioner to conduct an inspection of the Aircraft and the premises where it is kept, for use in the Argentinean Action.  See generally In re Request For Assistance From Ministry of Legal Affairs of Trinidad and Tobago, 648 F. Supp. 464 (S.D. Fla. 1986) (denying motion to quash subpoena issued pursuant to 28 USCA §1782).

This Court has the inherent power to honor and to execute letters rogatory from another jurisdiction.  See Electric Reduction Co. V Crane 120 So. 2d 765 (Miss. 1960)(holding that where Mississippi Constitution conferred upon Circuit Court jurisdiction over all matters not expressly vested in some other court, there was inherent jurisdiction in Circuit Court to honor a Letter Rogatory from another jurisdiction and appoint commissioner to take testimony).  Further, the application to a federal district court for appointment of a commissioner to execute a foreign request for judicial assistance is handled *ex parte*.  In re Letter Rogatory Request from The Crown Prosecution Service of The United Kingdom, 870 F. 2d 686, 688 (D.C. Cir. 1989).

-3-

WHEREFORE, Petitioner prays for an order of this court granting leave to request the FAA to confirm and issue copies of the journey log books containing the flights detailed in Exhibit A, and to obtain copies of any other documents that are relevant to the referenced flights.

Further, pursuant to the Letter Rogatory attached as Exhibit B and the Declaration attached hereto as "Exhibit C" Petitioner VANGUARDIA seeks an order appointing Adriana Vianna Esq. and Henry E. Mendia, Esq., of Steel Hector & Davis LLP, as commissioners in this cause to conduct the inspection of the Aircraft located at 1575 West Commercial Boulevard, Hangar 35B, Fort Lauderdale, Florida, 33309 and said premises, and to take the necessary photographs thereof, for use in the Argentinean Action and for such further relief as the court may deem just and proper.

A proposed order, along with a self addressed and stamped envelope, is attached for the Court's convenience.

Dated:  October 22, 2002.

Respectfully submitted,

Steel Hector & Davis LLP
Attorneys for VANGUARDIA
200 South Biscayne Boulevard
Suite 4000
Miami, FL  33131-2398
Ph:      (305) 577-7000
Fax:     (305) 577-7001

By:_____
Henry E. Mendia, Esq.
Florida Bar No. 0727415
Adriana Vianna, Esq.
Florida Bar No. 0527351

MIA_2001/165049-2

-4-

# EXHIBIT "A"

# SOUTHERN CROSS AVIATION

### incorporated

Feb. 16 , 2002
Ft.Lauderdale , FL

## Recibo / Receipt

This is to confirm that we have taken delivery this date from Vangaurdia S.A. of one
Cessna Citation II aircraft , registration LV-ZPD and the following documents:

Certificate of Matriculation issued April 12 , 1999
Certificate of " Inscripcion de propiedad de Aeronave " , issued March 15 , 1999
Standard Airworthiness Certificate issued April , 2001 , evidencing the
airworthiness of the aircraft through April , 2002 and allowing 135 operations
through September 2003
Certificate of Insurance —
Flight Manual
One airframe log book ( Argentina - 1999 / 2002 )
One engine log book , S/N 70934 , ( Argentina - 1999 / 2002 )
One engine log book , S/N 70840 , ( Argentina - 2001 / 2002 )
Cescom reports 1995 / 2002 - airframe -
Cescom report , engine 70934 , 1990 / 1999 ( including DAI OH records )
Cescom report , engine 71093 , 1990 / 1999 ( including DAI OH records )
1 Canadian journey log book 1994 / 1997
1 Canadian journey log book 1993
1 Canadian journey log book 1993 / 1994
1 Canadian journey log book 1993
1 Canadian journey log 1997 / 1998
Branson GW Increase FM Supplement
Wiring Diagrams
GPS installation certs
One aircraft key
Miscellaneous envelopes containing yellow tags , 8130 forms , etc.
Note: Records from 1982 through 1995 are incomplete at present.
       Vanguardia S.A. will send to the S.Cross as soon as possible.

All of the above to be held by Southern Cross pending receipt of instructions of
Vanguardia S.A. and / or Dr. Pablo Rodolfo Gomez.

---

Southern Cross Aviation , Inc.
Patrick Hosmann

# EXHIBIT "B"



## EXHORTO DIPLOMATICO

EL SEÑOR JUEZ NACIONAL DE PRIMERA INSTANCIA EN LO COMERCIAL A CARGO DEL JUZGADO NACIONAL DE PRIMERA INSTANCIA EN LO COMERCIAL NUMERO OCHO (8) SECRETARÍA NUMERO DIECISEIS (16) DE LA CIUDAD AUTÓNOMA DE BUENOS AIRES (REPÚBLICA ARGENTINA) AL SEÑOR JUEZ DE IGUAL GRADO CON COMPETENCIA EN FORT LAUDERDALE, ESTADO DE FLORIDA (ESTADOS UNIDOS DE AMÉRICA)------------------------------------------------------------SALUDA, EXHORTA Y HACE SABER:----------------------------------Que en el juicio caratulado "VANGUARDIA SEGURIDAD INTEGRAL EMPRESARIA Y PRIVADA SOCIEDAD ANÓNIMA s/ CONCURSO PREVENTIVO DE ACREEDORES", expediente número 80139, de trámite por ante este Juzgado a mi cargo, se ha dispuesto librar el presente exhorto diplomático con relación a la aeronave marca Cessna modelo Citation II, matrícula LV-ZPD, actualmente estacionada, presuntamente, en el Aeropuerto Internacional Fort Lauderdale Executive, hangar perteneciente a la empresa Southern Cross Aviation, a los efectos de:-

1) Comunicar a la Federal Administration Aviation (F.A.A.) y demás autoridades competentes medida de interdicción de vuelo con notificación expresa a Southern Cross Aviation y Joda LCC.------------------------------------------------

2) Constatar el estado general de la aeronave y su lugar de estacionamiento como asimismo tomar inventario del equipamiento (interior y exterior) y estado de aeronavegabilidad (si es necesario se realizará un vuelo de prueba con personal técnico idóneo contratado por los autorizados al diligenciamiento). En el mismo sentido se procederá a adjuntar copias auténticas de los respectivos certificados de aeronavegabilidad.-------------------------------------

3) Designar un depositario judicial, a propuesta de la concursada y/o autorizados al diligenciamiento, hasta la resolución de las cuestiones planteadas en estas actuaciones, haciéndole conocer el resultado del punto anterior.------------------------------------------------------------

4) Requerir a la Federal Administration Aviation (F.A.A.) ratifique la realización de los vuelos indicados en el detalle que se transcribe a continuación, en las fechas allí consignadas dejando constancia que se indica en primer término día, a continuación mes y luego año, e informe el fletador, despachante y operador responsable en cada vuelo como asimismo manifiesto de tripulación y pasajeros, seguros tomados y todo otro dato de interés referido a las aludidas operaciones aéreas:---------------------------------------------------------



| 22/5/02 KEFLI-MDHE | 2.4 HS. |
| 24/5/02 MDHE-MDPC-MDHE | 1 HS. |
| 29/5/02 MDHE-MDPC-KFLL | 2.8 HS |
| 30/5/02 KFLL-MTPP-MUHA | 4.5 HS |
| 31/5/02 MUHA-MDHE | 2.4 HS |
| 03/6/02 MDHE-MDPC-MDHE-MDST-MDPP-MKJS | 3.5 HS |
| 04/06/02 MKJS-MDPP- | 2 HS |
| 05/6/02 MDPP-MDST-MDHE | 0.5 HS |
| 07/6/02 MDHE-MDST-KFLL-KGKY-KDTN | 6.7 HS |
| 09/6/02 KDTN-KFLL-MDST-MDHE | 5.9 HS |
| 12/6/02 MDHE-KJLM-KTEB | 5 HS |
| 13/6/02 KTEB-KJLM-KOPF-MDHE | 5.9 HS |
| 15/6/02 MDHE-TJIG-MDHE | 1.3 HS |
| 21/6/02 MDHE-MUHA-MDSD-MDHE | 4.9 HS |
| 22/6/02 MDHE-SVMG | 1.8 HS |
| 23/6/02 SVMG-SVCN | 1.3 HS |

| | |
|---|---|
| 24/6/02 SVCN-SVMG-MDHE | 2.2 HS |
| 26/6/02 MDHE-MDPC-MDHE | 0.8 HS |
| 28/6/02 MDHE-MDPP-KFLL-KOPF | 2.6 HS |
| 30/6/02 KOPF-MDHE | 2.2 HS |
| 01/7/02 MDHE-SVMG-MDHE | 1.5 HS |
| 07/7/02 MDHE-MDPC-MDHE-MDLR | 0.8 HS |
| 08/7/02 MDLR-MDHE-SVFM | 2.4 HS |
| 10/7/02 SVFM-SEGU | 3.1 HS |
| 11/7/02 SEGU-MPTO-MPEJ-MPTO-MKJS-MDHE | 6.3 HS |
| 13/7/02 MDHE-TJIG-TFFF-MDSD-MDHE | 5.5 HS |
| 14/7/02 MDHE-KOPF-MDHE | 4.7 HS |
| 17/7/02 MDHE-KILM-KIAD | 4.2 HS |
| 18/7/02 KIAD-KTMB-MDSD-MDHE | 5.5 HS |
| 22/7/02 MDHE-KOPF | 2.4 HS |
| 23/7/02 KOPF-MDHE | 2.4 HS |
| 26/7/02 MDHE-TJIG-MDHE-MDPC-MDHE | 2.0 HS |
| 27/7/02 MDHE-MDPC-MDHE-MDPC | 1.5 HS |
| 28/7/02 MDHE-MDRL-MDHE | 0.5 HS |
| 02/8/02 MDHE-MDST-MDHE-KFXE-KTMP-KOPF-MDHE | 6.5 HS |
| 05/8/02 MDHE-TJIG-MDHE | 1.2 HS |

| | |
|---|---|
| 07/8/02 MDHE-TJIG-TTPP | 2.8 HS |
| 08/8/02 TTPP-MDHE-MDSD-MUHA-MDHE | 6.3 HS |
| 13/8/02 MDHE-KFXE | 2.4 HS |

REFERENCIAS

MDHE: AEROP. INTL. HERRERA SANTO DOMINGO (REP.DOM.)

MDSD: AEROP. INTL. LAS AMERICAS SANTO DOMINGO )REP. DOM)

MDLR: AEROP. INTL. LA ROMANA (REP. DOM)

MDPC: AEROP. INTL. PUNTA CANA (REP. DOM)

MDPP: AEROP. INTL. PUERTO PLATA (REP. DOM).-

MDST: AEROP. INTL. SANTIAGO (REP. DOM)

KFLL: AEROP.  INTL. FT. LAUDARDALE  HOLLYWOOD (US.A.)

KFXE: AERO. INTL. FT. LAUDERDALE EXECUTIVE (U.S.A)

KTMB: AEROP. INTEL. MIAMI  TAMIAMI (U.S.A.)

KOPF: AEROP  INTEL. MIAMI OPA LOCA (U.S.A.)

KTMP: AERO. INTEL. TAMPA (U.S.A)

KTEB: AEROP. INTEL. TETERSBORO (U.S.A.)

KIAD: AEROP- INTL. WASHINGTON  DULLES (U.S.A.)

KGKY: AEROP. ARLINGTON  (U.S.A.)

KDTN: AEROP. SHREVEPORT DOWNTOWN (U.S.A.)

KILM: AEROP. INTL. WILMINGTON (U.S.A.)

MTPP: AEROP. INTL. PORT AU PRINCE HAYTI

MUHA: AEROP. INTL. LA HABANA (CUBA)

MKJS: AEROP. INTL. SANGSTER (JAMAICA)

TJIG: AEROP. INTL. ISLA GRANTE (PUERTO RICO)

SVMG: AEROP. INT. ISLA MARGARITA (VENEZUELA)

SVCN: AEROP. CANAIMAS (VENEZUELA)

SVFM: AEROP. INTL. LA CARLOTA CARACAS (VENEZUELA)

SEGU: AEROP. INTL. GUAYAQUIL (ECUADOR)

MPTO: AEROP. INTL. TOCUMEN (PANAMA)

MPEJ: AEROP. COLON (PANAMA)

TFFF: AEROP. INTL. MARTINIQUE (ISLA MARTINICA)

TTPP: AEROP. INTL. PORT AU SPAIN  (TRINIDAD TOBAGO)

----------El auto ordenatorio dice: "Buenos Aires, 17 de septiembre de 2002.-
Atento lo solicitado por la concursada en fs. 1273, lo informado por el Registro
Nacional de Aeronaves en fs. 1164 y lo expuesto por la sindicatura en fs.
1274, y lo manifestado en el escrito a despacho corresponde hacer lugar a la
medida solicitada, a cuyo fin, líbrese exhorto diplomático.- FIRMADO ATILIO
C. GONZALEZ JUEZ .---------------------------------------------------------------------
----------Se encuentran indistintamente autorizados para diligenciar el presente
con las más amplias facultades de práctica para el mejor cumplimiento de su
cometido  el  abogado  argentino  PABLO  RODOLFO  GÓMEZ  (pasaporte
número 10.798.468) y/o quien o quienes él designe.----------------------------------
----------Ruego el puntual diligenciamiento del presente según las leyes del
Estado de Florida (Estados Unidos de América) y ofrezco reciprocidad para
casos análogos.----------------------------------------------------------------------------
--------------------DIOS GUARDE AL SEÑOR JUEZ EXHORTADO .----------------------

FERNANDO. A. SAKAVIE
SECRETARIO

ATILIO CARLOS GONZALEZ
- JUEZ

DADO, SELLADO Y FIRMADO en la Sala de mi Público Despacho en la Ciudad Autónoma de Buenos Aires a los   ☉ �ϡ —   días del mes de octubre del año dos mil dos.------------------------------------------------



FERNANDO A. SARAVIA
SECRETARIO

El Presidente de la Excma. Cámara Nacional de Apelaciones en lo Comercial de la Capital Federal, República Argentina, certifica que la firma y sello que anteceden coinciden con los registrados ante este Tribunal por el señor Juez Nacional de Primera Instancia en lo Comercial, doctor Atilio Carlos González. Buenos Aires, octubre ⅔ de 2002. - - - - - - - - - - - - - - - - - -







APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. PAIS ______ ARGENTINA __________

El presente documento público

2. Ha sido firmado por Carlos A Nothman

3. Quien actúa en calidad de [illegible]

4. LLeva el sel o/timbre de [illegible]

5. En __ BUEN[illegible]S __ 6. El dia 09 OCT 2002

7. Por ___ U[illegible] COORDINACION LEGALIZACIONES ___

MINISTERI[illegible] RELAC[illegible]NE[illegible] EXTERIORES, COMERCIO

INTERNAC[illegible] Y CULTO ______________

8. B[illegible]ro: 249898

9. Sello [illegible]

MINISTERIO DE RELACIONES EXTERIORES UNIDAD DE COORDINACION LEGALIZACIONES INTERNACIONAL Y COMERCIO

Dn. ROBERTO DANIEL PEREZ
Unidad de Coordinacion Legalizaciones
Ministerio de Relaciones Exteriores
Comercio Internacional y Culto

10. Firma

MINISTERIO DE RELACIONES EXTERIORES UNIDAD DE COORDINACION

**TRANSPERFECT│TRANSLATIONS**

## AFFIDAVIT OF ACCURACY

I, Emerson W. Barroca, hereby certify that the attached document (Letters Rogatory) is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DETROIT
FRANKFURT
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

Emerson Barroca
TransPerfect Translations, Inc.
200 S. Biscayne Blvd.
Suite 850
Miami, FL  33131

Sworn before me on this
18th day of October 2002

Signature, Notary Public

LISA C. BROOKS
MY COMMISSION # CC 856829
EXPIRES: July 20, 2003
Bonded Thru Notary Public Underwriters

Stamp, Notary Public

[Seal of the National Chamber of Appeals in Commercial Matters of the Federal Capital of the Argentine Republic – stamped on every page]

## Letters Rogatory

I, NATIONAL JUDGE OF THE FIRST INSTANCE FOR COMMERCIAL MATTERS, PRESIDING OVER THE COURT OF FIRST INSTANCE FOR COMMERCIAL MATTERS, NUMBER EIGHT (8), SECRETARIAT NUMBER SIXTEEN (16) OF THE INDEPENDENT CITY OF BUENOS AIRES OF THE ARGENTINE REPUBLIC, GREET, RELEASE LETTERS ROGATORY, AND INFORM THE APPROPRIATE JUDICIAL AUTHORITY OF EQUAL RANK, WITH JURISDICTION IN FORT LAUDERDALE, FLORIDA, UNITED STATES OF AMERICA, THAT UNDER THE ACTION WITH THE TITLE <u>VANGUARDIA SEGURIDAD INTEGRAL EMPRESARIA Y PRIVADA SOCIEDAD ANÓNIMA S/ CONCURSO PREVENTIVO DE ACREEDORES [PROCEEDINGS TO AVOID BANKRUPTCY]</u>, Docket number 80139, these Letters Rogatory are issued, regarding the Cessna aircraft, model Citation II, registration LV-ZPD presently and allegedly parked at the Fort Lauderdale Executive International Airport, hangar property of Southern Cross Aviation, to:

1)    Inform the Federal Administration Aviation (F.A.A.) and other competent authorities of the measure prohibiting flight, with express notification to Southern Cross Aviation and Joda LCC.

2)    Verify the status of the aircraft, the premises where it is kept, and make an inventory of its internal and external equipment and its aeronavigability (if necessary performing a test flight with the proper technicians, authorized under these proceedings). Accordingly, certified copies of the certificates of aeronavigability will be attached.

3)    Appoint a receiver with regard to the insolvent party and/or authorities involved in the proceedings, until the matters referred to herein are settled, and inform him/her of the results of the outcome of the actions taken pursuant to the preceding paragraph,

[initials]

4)      Enjoin the Federal Administration Aviation (F.A.A.) to verify the flights detailed below, on the dates referred to. We note that the dates below indicate: first the month; second the day; and third the year, the charterer, dispatcher and operator responsible for each flight as well as the crew and passengers, insurance and any other information relevant to the following aerial operations:

| | | |
|---|---|---|
| 5/22/02 | KEFLI-MDHE | 2.4 HS |
| 5/24/02 | MDHE-MDPC-MDHE | 1 HS |
| 5/29/02 | MDHE-MDPC-KFLL | 2.8 HS |
| 5/30/02 | KFLL-MTPP-MUHA | 4.5 HS |
| 5/31/02 | MUHA-MDHE | 2.4 HS |
| 6/3/02 | MDHE-MDPC-MDHE-MDST-MDPP-MKJS | 3.5 HS |
| 6/4/02 | MKJS-MDPP | 2 HS |
| 06/05/02 | MDPP-MDST-MDHE | 0.5 HS |
| 06/07/02 | MDHE-MDST-KFLL-KGKY-KDTN | 6.7 HS |
| 06/09/02 | KDTN-KFLL-MDST-MDHE | 5.9 HS |
| 6/12/02 | MDHE-KJLM-KTEB | 5 HS |
| 6/13/02 | KTEB-KJLM-KOPF-MDHE | 5.9 HS |
| 6/15/02 | MDHE-TJIG-MDHE | 1.3 HS |
| 6/21/02 | MDHE-MUHA-MDSD-MDHE | 4.9 HS |
| 6/22/02 | MDHE-SVMG | 1.8 HS |
| 6/23/02 | SVMG-SVGN | 1.3 HS |

| | | |
|---|---|---|
| 6/24/02 | SVCN-SVMG-MDHE | 2.2 HS |
| 6/26/02 | MDHE-MDPC-MDHE | 0.8 HS |
| 6/28/02 | MDHE-MDPP-KFLL-KOPF | 2.6 HS |
| 6/30/02 | KOPF-MDHE | 2.2 HS |
| 7/01/02 | MDHE-SVMG-MDHE | 1.5 HS |
| 7/07/02 | MDHE-MDPC-MDHE-MDLR | 0.8 HS |
| 7/08/02 | MDLR-MDHE-SVFM | 2.4 HS |
| 7/10/02 | SVFM-SEGU | 3.1 HS |
| 7/11/02 | SEGU-MPTO-MPEJ-MPTO-MKJS-MDHE | 6.3 HS |
| 7/13/02 | MDHE-TJIG-TFFF-MDSD-MDHE | 5.5 HS |
| 7/14/02 | MDHE-KOPF-MDHE | 4.7 HS |
| 7/17/02 | MDHE-KILM-KIAD | 4.2 HS |
| 7/18/02 | KIAD-KTMB-MDSD-MDHE | 5.5 HS |
| 7/22/02 | MDHE-KOPF | 2.4 HS |
| 7/23/02 | KOPF-MDHE | 2.4 HS |
| 7/26/02 | MDHE-TJIG-MDHE-MDPC-MDHE | 2.0 HS |
| 7/27/02 | MDHE-MDPC-MDHE- MDPC | 1.5 HS |
| 7/28/02 | MDHE-MDRL-MDHE | 0.5 HS |
| 8/02/02 | MDHE-MDST-MDHE-KFXE-KTMP-KOPF-MDHE | 6.5 HS |
| 8/05/02 | MDHE-TJIG-MDHE | 1.2 HS |

[initials]

| 8/07/02 | MDHE-TJIG-TTPP | 2.8 HS |
| 8/08/02 | TTPP-MDHE-MDSD-MUHA-MDHE | 6.3 HS |
| 8/13/02 | MDHE-KFXE | 2.4 HS |

<u>REFERENCES</u>

[Note: AEROP. INTL. = International Airport]

| MDHE: | AEROP. INTL. HERRERA SANTO DOMINGO (DOM. REP.) |
| MDSD: | AEROP. INTL. LAS AMERICAS SANTO DOMINGO (DOM. REP.) |
| MDLR: | AEROP. INTL. LA ROMANA (DOM. REP.) |
| MDPC: | AEROP. INTL. PUNTA CANA (DOM. REP.) |
| MDPP: | AEROP. INTL. PUERTO PLATA (DOM. REP.) |
| MDST: | AEROP. INTL. SANTIAGO (DOM. REP.) |
| KFLL: | AEROP. INTL. FT. LAUDERDALE HOLLYWOOD (USA) |
| KFXE: | AEROP. INTL. FT. LAUDERDALE EXECUTIVE (USA) |
| KTMB: | AEROP. INTL. MIAMI TAMIAMI (USA) |
| KOPF: | AEROP. INTL. MIAMI OPA LOCA (USA) |
| KTMP: | AEROP. INTL. TAMPA (USA) |
| KTEB: | AEROP. INTL. TETERSBORO (USA) |
| KIAD: | AEROP. INTL. WASHINGTON DULLES (USA) |
| KGKY: | AEROP. ARLINGTON (USA) |
| KDTN: | AEROP. SHREVEPORT DOWNTOWN (USA) |
| KILM: | AEROP. INTL. WILMINGTON (USA) |

| | |
|---|---|
| MTPP: | AEROP. INTL. PORT AU PRINCE - HAITI |
| MUHA: | AEROP. INTL. LA HABANA (CUBA) |
| MKJS: | AEROP. INTL. SANGSTER (JAMAICA) |
| TJIG: | AEROP. INTL. ISLA GRANTE (PUERTO RICO) |
| SVMG: | AEROP. INTL. ISLA MARGARITA (VENEZUELA) |
| SVCN: | AEROP. CANAIMAS (VENEZUELA) |
| SVFM: | AEROP. INTL. LA CARLOTA CARACAS (VENEZUELA) |
| SEGU: | AEROP. INTL. GUAYAQUIL (ECUADOR) |
| MPTO: | AEROP. INTL. TOCUMEN (PANAMA) |
| MPEJ: | AEROP. COLON (PANAMA) |
| TFFF: | AEROP. INTL. MARTINIQUE (MARTINICA ISLAND) |
| TTPP: | AEROP. INTL. PORT AU SPAIN (TRINIDAD TOBAGO) |

The order states: "Buenos Aires, September 17, 2002.- As requested by the Insolvent Party [Vanguardia] on pg. 1273, as reported in the National Registry of Aircrafts on pg. 1164, as stated by the receivership on pg. 1274, and as stated in the file of this Court regarding the measures requested, for which purpose we issue these Letters Rogatory.- SIGNED ATILIO C. GONZALEZ - JUDGE.------------------------------The Argentinean attorney PABLO RODOLFO GOMEZ (with passport number 10.798.468), or such persons as he may designate, has ample authority to execute these Letters Rogatory as he may best see fit.----------------------------------------------------- ---------------------- I respectfully request the timely processing of this document pursuant to the laws of the State of Florida, and offer in reciprocity willingness to provide similar assistance to the judicial authorities of the United States of America-------------------------------------------------- -------------------MAY GOD PROTECT THE JUDGE ISSUING THESE LETTERS--------------------------------

[signature]                                    [signature]
Fernando Saravia                          Atilio Carlos González
Secretary                                      Judge

GIVEN, SEALED AND SIGNED in this courtroom in the city of Buenos Aires on the 03 day of the month of October of the year two thousand and two.

[signature]
Fernando Saravia
Secretary

The President of the National Chamber of Appeals in Commercial matters of the Federal Capital of the Argentine Republic, certifies that the preceding signature and seal match the signatures and seals registered before this Tribunal by the National Judge of First Instance in Commercial Matters, doctor Atilio Carlos González. Buenos Aires, October 7, 2002.

[Apostille]

# EXHIBIT "C"

# DECLARATION

The undersigned, PABLO RODOLFO GOMEZ, Argentinian attorney, with Passport/Attorney ID No.10.798.468, duly authorized pursuant to the attached Letter Rogatory issued on October 3, 2002, by the Court of the First Instance, in the commercial matters division number eight (8), Secretariat number sixteen (16) of the city of Buenos Aires, of the Argentine Republic in the case "Vanguardia Seguridad Integral Empresaria y Privada Sociedad Anónima - "Concurso Preventivo de Acreedores", Docket number 80139, does hereby appoints:

MARIA FERNANDA GONZALEZ, Florida Bar No. 543675, or any other attorney with the law firm of Steel Hector & Davis LLP, 200 South Biscayne Blvd., Suite 4000, Miami, Florida 33131-2398, to act on his behalf and/or execute the Letter Rogatory referred above, and to carry out any and/or all of the actions needed to enforce said instrument.

IN WITNESS WHEREOF, the undersigned executes this instrument in Miami, Florida, on the 16th day of October, 2002.

_____
PABLO RODOLFO GOMEZ

STATE OF FLORIDA            )
COUNTY OF MIAMI-DADE )

BEFORE me, an officer duly authorized to administer oaths, personally appeared **Pablo Rodolfo Gomez**, who has produced Argentinian Passport No. 10.798.468 as identification, and who has executed this Declaration in my presence.

SWORN TO AND SUBSCRIBED before me this 16th day of October, 2002 in Miami, Florida.

_____
Notary Public, State of Florida
Print Name: CELIA N. COMAS
[Seal]

Celia N. Comas
MY COMMISSION # DD058038 EXPIRES
December 21, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

MIA2001 164673v1

164673_1.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

VANGUARDIA SEGURIDAD
INTEGRAL EMPRESARIA Y PRIVADA, S.A.,

       Petitioner,

v.

SOUTHERN CROSS
AVIATION, INC.,

       Respondent.

_____/

**ORDER APPOINTING COMMISSIONER TO
GATHER EVIDENCE FOR USE IN FOREIGN ACTION**

THIS MATTER came before the Court on October ___, 2002 on Vanguardia Seguridad
Integral Empresaria y Privada, S.A. ("VANGUARDIA") Petition For Inspection Of Aircraft And
Production Of Documents For Use In Foreign Action And Application To Appoint
Commissioner. The Court has considered the petition, is advised in the premises and with good
cause appearing therefore, it is hereby

ORDERED AND ADJUDGED that said Petition is GRANTED.

Further, Adriana Vianna, Esq. and Henry E. Mendia, Esq., of the law firm of Steel Hector
& Davis LLP, are appointed as commissioners under a commission from the United States
District Court, Southern District of Florida, in the action under the name "Vanguardia Seguridad

Integral Empresaria y Privada S.A. s/ Concurso Preventivo de Acreedores, pending in the Court of First Instance for Commercial Matters, Division Number Eight Secretariat Number Sixteen of the City of Buenos Aires of the Republic of Argentina. The commissioners are authorized to inspect and make an inventory of the Cessna Citation II Aircraft, with license LV-ZPD, located at 1575 West Commercial Boulevard, Hangar 35B, Fort Lauderdale, Florida, 33309, within this Court's judicial district, and to inspect the premises where said aircraft is located, and to take photographs of the aircraft and premises, and request from Southern Cross Aviation, Inc., copies of the certificates of aerial condition of said aircraft or copies of any other documents that are relevant to the condition of said aircraft.

Further, the Federal Aviation Administration ("FAA") is required to verify certain journeys made with said aircraft, by producing copies of the relevant journey log books or copies of any other documents that contain relevant information pertaining to the relevant flights.

Dated: October _____, 2002.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Adriana Vianna, Esq.

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET 02-61529

CIV-MARRA

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

VANGUARDIA SEGURIDAD INTEGRAL
ENPRESARIA Y PRIVADA, S.A.

FILED BY _____ D.C.

2002 OCT 28 AM 11:10

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

**DEFENDANTS**

SOUTHERN CROSS AVIATION, INC.

MAGISTRATE JUDGE
SELTZER

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Broward 02w-61529 | Marra | Seltzer

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Steel Hector & Davis LLP, Suite 4000
200 S. Biscayne Blvd., Miami, FL 33131
(305) 577-7059

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE:   ~~MONROE~~, (BROWARD,)  PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION  (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)   AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT  (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | | ☒ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **PRISONER PETITIONS** / ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment / B☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare / A☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / A☐ 535 Death Penalty | | | A OR B |
| ☐ 290 All Other Real Property | / B☐ 540 Mandamus & Other | | | |
| | / A☐ 550 Civil Rights | | | |
| | / B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION  (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

LENGTH OF TRIAL
via ____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY  (See instructions)

JUDGE _____   DOCKET NUMBER _____

DATE

October 25, 2002

SIGNATURE OF ATTORNEY OF RECORD

, Adriana Vianna, Esq.

**FOR OFFICE USE ONLY**

RECEIPT # 87155-2   AMOUNT 30.00   APPLYING IFP NO   JUDGE Marra   MAG. JUDGE Seltzer